AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Hao Qiu<br><br>*Defendant(s)* | Case No.<br>5:25-MJ-5331 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20, 2025__ in the county of __Fayette__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1204(a) | International Parental Kidnapping |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated as if set forth fully herein.

☑ Continued on the attached sheet.

/s/ Isaac Robison
*Complainant's signature*

Isaac Robison, Special Agent, FBI
*Printed name and title*

Affiant attested by reliable electronic means (telephone) per FRCrP 4.1.

Date: 07/29/2025

*Judge's signature*

City and state: Lexington, KY

Hon. Matthew A. Stinnett, U.S. Magistrate Judge
*Printed name and title*