## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Isaac Robison, your affiant, being duly sworn, state as follows:

1.   I am a Special Agent with the Federal Bureau of Investigation (hereafter FBI) and have been since May 2019. As such, I am a federal law enforcement officer authorized to investigate violations of federal law. I have attended basic training regarding all FBI investigations, to include violent crime, located at the FBI Academy at Quantico, Virginia. In March 2022, I attended training concerning violent criminal gangs at the Mid-Atlantic Regional Gang Investigators Network in Baltimore, MD. My current assignment is to investigate violations of federal laws to include violent crime and gangs in the Louisville Division of the FBI, Lexington Resident Agency.

2.   The statements contained in this Affidavit are based, in part, on information I have learned through my own investigation, experience, and background as an FBI Special Agent.   The statements contained herein are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. The information contained herein is not meant to include every detail of every aspect of his investigation, but to provide sufficient information to establish probable cause for the issuance of a Criminal Complaint and arrest warrant for HAO QIU.

3.   There is probable cause to believe HAO QIU violated 18 U.S.C. § 1204(a), which provides:

   a.   Whoever removes a child from the United States, or attempts to do so, or retains a child (who has been in the United States) outside the United States with intent to

1

obstruct the lawful exercise of parental rights shall be fined under this title or imprisoned not more than 3 years, or both.

4. On July 29, 2025, Claire Goodell contacted the FBI Lexington Resident Agency to report her ex-husband Hao Qiu (a Chinese citizen) traveled with their children without consent outside the United States. Goodell stated she was notified late on July 28, 2025, by a State Department American Citizen Services Representative in Panama, that her children were stopped in Panama by authorities with Qiu while attempting to travel from Panama. Authorities in Panama detained Qiu and took custody of the children. According to authorities in Panama, Qiu can only be detained for 24 hours under the current circumstances and would be released at approximately 8:30 pm on July 29th, 2025. Prior to July 29, 2025, Goodell placed her children's identifying information in an International Anti-Abduction program through U.S. Customs and Border Protection (CBP) because she had become fearful Qiu would attempt to abduct the children. Due to the information Goodell submitted with CBP, Panama flagged Qiu and the children before they were able to board their flight from Panama.

5. According to court documents filed on April 19, 2024, in Fayette County Circuit Court in Lexington, Kentucky; there was an agreed order pertaining to the custody of Goodell and Qiu's children. Goodell and Qiu have three children together, each of whom is currently under the age of 10:    A.Q., J.Q., and G.Q. According to the agreed order Qiu was not to have any contact with Goodell, as there were previous Domestic Violence Orders filed but dismissed as part of the agreement order. Qiu was allowed to visit the children inside Fayette County Kentucky, but Goodell was to maintain custody of the children's passports. Goodell was also to be aware of the location of all visits and Qiu was not to travel with the children outside of Fayette County unless there was a written agreement between the parties or a court order.

2

6. Goodell stated she and Qiu (through their attorneys) came to an agreement to allow Qiu to take the children to Orlando, FL to visit Disney World. Originally Qiu wanted to go to California, but Goodell feared he would take the children to China because there is a direct flight from L.A. to China. Goodell and Goodell's attorney, Cassandra Combs, confirmed they agreed to allow Qiu and the children to travel to Florida on or around July 20, 2025. Qiu was not allowed to fly with the children; thus, they agreed he would drive. Qiu agreed to return the children to Kentucky on or around July 28 or 29, 2025.

7. Goodell stated she was very nervous about the trip and concerned that Qiu would attempt to take the children outside the United States. Goodell sent her children with cell phones and air tags to know where they were located and to maintain contact, but Qiu took all the devices from the children. Goodell believes Qiu traveled with the children from Florida to Cuba and then traveled to Panama using Chinese passports he obtained for the children. According to Department of Homeland Security documents, Qiu (using Chinese passport EJ5907284) was scheduled to fly via Aeromexico from Mexico City International Airport on July 27, 2025 at 10:55 AM and land in Jose Marti International Airport in Havana, Cuba at 4:00 PM the same day. Authorities in Panama detained Qiu and stated to the FBI that Qiu and the children were scheduled to travel to Turkey before they were detained. No further information is known at this time on the travel of Qiu outside of his ultimate arrival in Panama.

8. Your affiant believes Qiu's intent was to take the children from the United States to China without consent of Goodell and in violation of a lawful court order from Fayette County in Kentucky. Due to the circumstances noted above Goodell filed for and was granted a Verified Emergency Motion for Sole Custody in the Fayette County Circuit Court in Lexington, KY on

July 29, 2025. The motion granted Goodell temporary sole custody of all three of the children.

9.    Based on all the information contained above, your affiant has probable and reasonable cause to believe that **HAO QIU** has committed a federal offense in violation of 18 U.S.C. § 1204(a) relating to any person who removes a child from the United States, with intent to obstruct the lawful exercise of parental rights.

10.    I state that the above information is true and correct to the best of my knowledge, and requests that this Criminal Complaint and corresponding arrest warrant be issued.


_____/s/ Isaac W. Robison_____
Isaac W. Robison, Special Agent
Federal Bureau of Investigation


Attested to by the affiant by reliable electronic means per FRCrP 4.1 on this _29_ of July, 2025.

_____
Honorable Matthew A. Stinnett
United States Magistrate Judge
Eastern District of Kentucky

4