# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**MAGISTRATE ACTION NO. 5:25-MJ-05331-MAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **V.** | **MOTION OF UNITED STATES TO PROVIDE CERTIFIED COPIES AND FOR UNSEALING** |
| **HAO QIU** | **DEFENDANT** |

\* \* \* \* \*

The United States of America, by and through its counsel, Andrew Boone, hereby moves for an Order from the Court directing the Clerk's Office for the United States District Court in the Eastern District of Kentucky, at Lexington, to provide two (2) certified copies of the Complaint and two (2) certified copies of the Arrest Warrant for HAO QIU to the United States Attorney's Office for the Eastern District of Kentucky. As grounds for this motion, the United States submits that HAO QIU has been detained outside this district for the offense herein.

The United States requires certified copies of the Complaint and Warrant for the purpose of compiling extradition packages for QIU, who is currently being held in Panama.

THEREFORE, the United States moves for an order to direct the Clerk of the Courts to provide the United States with two (2) certified copies of the Complaint and two (2) certified copies of the Arrest Warrant for HAO QIU in the above case. To the extent the

warrant or any part of this matter remains under seal, the United States hereby moves for unsealing

                                                  Respectfully submitted,

                                                  PAUL C. McCAFFREY
                                                  ACTING UNITED STATES ATTORNEY

        By:     /s/ Andrew Boone
                    Andrew T. Boone
                    Assistant United States Attorney
                    260 W. Vine Street, Suite 300
                    Lexington, Kentucky 40507-1612