UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

MAGISTRATE ACTION NO. 5:25-MJ-05331-MAS

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.   **ORDER** | |
| HAO QIU | DEFENDANT |

\* \* \* \* \*

Upon motion by the United States, and this Court being sufficiently advised, it is hereby ORDERED that the Clerk's Office for the United States District Court for the Eastern District of Kentucky provide two (2) certified copies of the Complaint [R. 2] and two (2) certified copies of the Arrest Warrant as to defendant HAO QIU, to the United States Attorney's Office for the Eastern District of Kentucky